```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0034--CR (JMF)
                                "USA V AARON K. SHARPE"
                                DEF 1.1 SHARPE, AARON K.

                 Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable James M. Fitzgerald, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  02/20/03
              Closed:  10/15/03
 No. of Defendants:  1
     MJ Case Number:
                 AKA:
     Location status:  U.S. Custody
          Trial date:  06/09/03
          Terminated:  YES
 Needs interpreter:  NO
 Counsel of record:  Lance C. Wells
                     733 W. 4th Avenue, Suite 308
                     Anchorage, AK 99501
                     907-274-9696
                     FAX 907-277-9859
                     Serve: YES
                      Type: CJA
                      Role: Appeal


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  Crandon H. Randell
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial



 Counts re: DEF 1.1 SHARPE, AARON K.

 Document           Count      Citation and Description                           Disposition
                                                                                   
     1 -   1 IND      1        18:922(g)(1) and 924(e)(1) FELON IN POSSESSION OF  Sentenced
                               A FIREARM (F)                                      (40-1)

     1 -   1 IND      2        18:924(c)(1()(A)(i) POSSESSION OF A FIREARM DURING Sentenced
                               AND IN RELATION TO A DRUG TRAFFICKING CRIME (F)    (40-1)

     1 -   1 IND      3        21:841(a)(1) and (b)(1)(B) CULTIVATION OF          Sentenced
                               MARIJUANA (F)                                      (40-1)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A03-0034--CR (JMF)
                                    "USA V AARON K. SHARPE"

                                      For all filing dates


   Presiding Judge:   The Honorable James M. Fitzgerald, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 02/20/03
             Closed: 10/15/03
 No. of Defendants: 1


 Document #   Filed     Docket text
 ──────────   ──────    ───────────

      1 -  1  02/20/03  [Re: DEF 1] PLF 1 Indictment.

   NOTE -  1  02/21/03  [Re: DEF 1] Issued WOA.

      2 -  1  02/21/03  [Re: DEF 1] JDR Grand Jury Minutes; WOA to issue; no bail set (det per
                        18:3142); set for arr and notify USM; in fed custody.

   NOTE -  2  02/24/03  Issued: Proposed Trial Date Setting for Arr to CMC for USDJ.

      3 -  1  02/24/03  [Re: DEF 1] JDR Minute Order re Arr set for 2/26/03 at 11:30 a.m. cc:
                        USA, B. Bryson, USM, USPO

   NOTE -  3  02/25/03  [Re: DEF 1] USM Notice of Arrest; defendant to be arrested at Arr
                        2/26/03.

      4 -  1  02/27/03  [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re Arr on Indt
                        hld 2/26/03; status of cnsl hrg set for 3/3/03 at 4:15 p.m.; def pled
                        not guilty; def detained; PTM's due 3/18/03; cnsl advised of trial date
                        4/21/03. cc: USA, B. Bryson, USM, USPO, Judge Beistline

      5 -  1  02/27/03  [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, B. Bryson,
                        USM, USPO

      6 -  1  02/27/03  [Re: DEF 1] JDR Order regarding preparation for trial re PTM's due
                        3/18/03; cnsl to meet & confer by 3/3/03. cc: USA, B. Bryson

      7 -  1  02/28/03  [Re: DEF 1] JDR Minute Order re status of cnsl hearing set for 3/3/03 is
                        VACATED & RESET for 3/4/03. cc: USA, B. Bryson, USM, USPO

      8 -  1  03/03/03  DEF 1 Attorney Appearance of Bill Bryson.

   NOTE -  4  03/04/03  Issued: Speedy Trial Notice to Judge Beistline.

      9 -  1  03/04/03  [Re: DEF 1] RRB Minute Order setting trial by jury for 4/21/03 at 8:30
                        a.m. and FPTC for 4/15/03 at 8:45 a.m.  cc: C. Randell, W. Bryson, USM,
                        USPO, MJ Roberts, jury clerk

     10 -  1  03/05/03  [Re: DEF 1] PLF 1 Discovery certification.

     11 -  1  04/14/03  [Re: DEF 1] PLF 1 Proposed Voir Dire.

     12 -  1  04/14/03  [Re: DEF 1] PLF 1 Proposed Jury Instructions.

     13 -  1  04/14/03  [Re: DEF 1] PLF 1 Trial Brief.

     14 -  1  04/15/03  [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] Final Pretrial
                        Conference held 4/15/03.  TBJ previously set 4/21/03 is VACATED.  FPTC
                        is set for 5/14/03 at 9:00 a.m. and TBj is set for 5/19/03 at 8:30 a.m.
                        Court found excludable delay under 18: U.S.C. § 3161 (h)(8)(B)(iv).  cc:
                        C. Randell, W. Bryson, USM, USPO, MJ Roberts, JC

 ACRS: R_RDSDX              As of 01/18/06 at 4:47 PM by GARRY                         Page 1
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A03-0034--CR (JMF)
                             "USA V AARON K. SHARPE"

                                 For all filing dates

Document #     Filed      Docket text
----------     -----      -----------

   15 -  1   04/15/03    [Re: DEF 1] Return of WOA executed at Anchorage,AK on 2/26/03.

   16 -  1   04/28/03    [Re: DEF 1] RRB Minute Order re: by agreement of the judges, this case
                         is reassigned to Judge Singleton for all further proceedings.  Parties
                         to use case # A03-0034 CR (JKS) on all future filings.  cc: cnsl

   17 -  1   05/01/03    [Re: DEF 1] JKS Minute Order that FPTC previously set for 05/14/03
                         vacated and reset for 05/19/03 at 8:30 a.m.; TBJ previously set for
                         05/19/03 at 8:30 a.m. vacated and reset for 05/19/03 at 9:00 a.m. cc:
                         USA, B. Bryson, USM, USPO, MJ Roberts, JC

   18 -  1   05/14/03    [Re: DEF 1] PLF 1 Notice of intent to use digital evidence presentation
                         system at trial.

   19 -  1   05/14/03    DEF 1 motion on shortened time to continue trial.

   20 -  1   05/15/03    [Re: DEF 1] JKS Minute Order setting hrg on mot on shortened time to
                         cont trial (dkt 19) for 05/19/03 at 1:30 p.m.; vacating FPTC & TBJ set
                         for 05/19/03 and resetting FPTC & TBJ for 05/20/03 at 9:00 a.m. cc: USA,
                         B. Bryson, USM, USPO, MJ Branson, JC

   21 -  1   05/16/03    [Re: DEF 1] PLF 1 oppo to DEF 1 mot on shortened time to cont trial
                         (19-1) w/att exhs.

   22 -  1   05/20/03    [Re: DEF 1] JKS Minute Order that case is referred to Judge James M.
                         Fitzgerald for purposes of trial only; trial remains scheduled for
                         06/09/03 at 9:00 a.m.; case will remain before Judge Singleton and
                         Magistrate Judge Branson for all pretrial matters. cc: USA, W. Bryson,
                         USM, USPO, Judge Fitzgerald, MJ Branson, JC

   23 -  1   05/21/03    [Re: DEF 1] JKS Order of excludable delay; court found excludable delay
                         under 3161(h)(8)(A)(B) from 05/20/03 to 06/09/03 for a total of 20 days.

   24 -  1   05/21/03    [Re: DEF 1] JKS Court Minutes [ECR: Denali Elmore] Hrg on mot on
                         shortened time to cont trial held 05/19/03; granting mot on shortened
                         time to cont trial (19-1); FPTC & TBJ previously set for 05/20/03
                         vacated and reset for 06/09/03 at 9:00 a.m. cc: USA, W. Bryson, USM,
                         USPO, MJ Branson, JC

   25 -  1   06/09/03    [Re: DEF 1] JKS Minute Order that case is reassigned to Judge Fitzgerald
                         for all further proceedings; use the following case number on all future
                         filings: A03-0034 CR (JMF). cc: USA, W. Bryson, USM, USPO, MJ Roberts,
                         JC, Judge Fitzgerald

   26 -  1   06/10/03    [Re: DEF 1] JMF Court Minutes [ECR: Denali Elmore] FPTC/TBJ DAY 1, HELD
                         6/9/03; jury selected; reconvene 6/10/03 at 9:00; jury panel record
                         attached.

   27 -  1   06/11/03    [Re: DEF 1] JMF Court Minutes [ECR: Robin Carter] TBJ DAY 2, HELD
                         6/10/03, reconvene 6/11/03 at 9:00 w/cnsl, 9:30 w/jury; w/jury note.

   28 -  1   06/12/03    [Re: DEF 1] JMF Court Minutes [ECR: Denali Elmore/Robin Carter], TBJ day
                         3, held 6/11/03; plf rested; def rested; reconvene 6/12/03 at 9:00
                         w/cnsl & 10:00 for jury

   29 -  1   06/13/03    [Re: DEF 1] Jury Instructions
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A03-0034--CR (JMF)
                                  "USA V AARON K. SHARPE"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 30 - 1 | 06/13/03 | [Re: DEF 1] Verdict; found guilty all counts |
| 31 - 1 | 06/16/03 | [Re: DEF 1] JMF Court Minutes [ECR: Denali Elmore] TBJ, Day 4, HELD 6/12/03; def's renewed R29 mot as to cts 1 & 2 denied; closing arguments; deliberation; verdict, def found guilty cts 1,2,3; IOS week of 9/9/03; jury notes & list of exhs & witnesses attached. |
| 32 - 1 | 06/17/03 | [Re: DEF 1] JMF Minute Order setting IOS for 9/11/03 at 10:30 am. cc: USA, USM, PO, W. Bryson |
| 33 - 1 | 08/18/03 | DEF 1 Unopposed motion to continue sentencing hearing (to week of 9/29/03) |
| 34 - 1 | 08/21/03 | [Re: DEF 1] JMF Minute Order granting unopposed motion to continue sentencing hearing (33-1) from 9/11/03; IOS reset to 9/30/03 at 11:00 am. cc: USA, USM, PO, W. Bryson |
| 35 - 1 | 09/23/03 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 36 - 1 | 09/29/03 | DEF 1 Unopposed, expedited motion to continue sentencing hearing |
| 37 - 1 | 09/29/03 | [Re: DEF 1] JMF Minute Order granting unopposed, expedited motion to continue sentencing hearing (36-1); IOS on 9/30/03 vacated & reset for 10/9/03 at 10:30 am. cc: USA, USM, PO, W. Bryson |
| 38 - 1 | 10/08/03 | DEF 1 Sentencing Memorandum. |
| 39 - 1 | 10/10/03 | [Re: DEF 1] JMF Court Minutes [ECR: Robin Carter] IOS held 10/09/03; def sentenced to 248 mos in prison; 60 mos SR; $300 SA. |
| 40 - 1 | 10/15/03 | [Re: DEF 1] JMF Judgment found guilty on count(s) 1,2,3 of the Indictment (1-1); sent 188 months cts 1 & 2 concurrent; 60 months ct 2 consecutive; s/r  3 years cts 1 & 2; 5 years ct 3, concurrent; s/a $300. cc: USA, USM, PO, W. Bryson, def (by cnsl), MJ Roberts, FLU, Finance |
| 41 - 1 | 10/23/03 | DEF 1 cert cy of Partial Transcript of IOS held 10/9/03. |
| 42 - 1 | 10/24/03 | DEF 1 appeal to 9CCA of (40-1) filed 10/15/03. cc:W. Bryson, C. Randell (USA), Judge Fitzgerald, USPO, USM, 9CCA |
| NOTE - 5 | 10/27/03 | Transmittal: Forwarded notice of appeal (42-1) to 9CCA. |
| 43 - 1 | 10/27/03 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (42-1) cc:W. Bryson, C. Randell, Judge Fitzgerald, ECR, 9CCA (Original) |
| 44 - 1 | 12/02/03 | USM Return of svc on judgment executed on 11/20/03 to Al Herrera Warden at USP at Lompoc, CA. |
| 45 - 1 | 02/24/04 | [Re: DEF 1] Copy of Order from 9CCA. (42-1) Filing fee paid 10/24/03. This court's 12/1/03 default order VACATED.  The court consolidates appeal nos. 03-030488 (A03-0034 CR) & 03-30490 (A03-0035 CR). Appellant's opening brief in consolidated appeals was due 1/23/04. Court has not rec'd brief or mot for ext of time to file brief.  W/in 14 days after filing of this order, retained counsel for appellant, William P. Bryson, shall file the opening brief, excerpts of record and a mot fo relief from default.  Alternatively, if counsel is unable to prosecute this appeal, counsel shall file a mot under 9CCA Rule 4-1(c) w/in 14 |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A03-0034--CR (JMF)
                                "USA V AARON K. SHARPE"
```

|                       | For all filing dates |
|---|---|

| Document # | Filed | Docket text |
|---|---|---|
| | | days to withdraw as counsel.  If counsel wishes to withdraw, counsel must file (1) subs of counsel showing that new counsel has been retained (2) a mot for appointment of counsel, accompanied by a completed Fin Aff (CJA Form 23), if def is financially unable to obtain representations on appeal or (3) a mot by def to proceed pro se or (4) an aff or signed statement from the def showing that the def has been advised of deft's rights w/regard to the appeal and expressly stating that the def wishes to dismiss the appeal voluntarily.  Failure to respond timely may result in the imposition of sanctions on counsel Bryson.  Due date for appellee's brief will be set upon counsel Bryson's compliance w/this order.  The Clerk shall serve this order and a CJA Form 23 on counsel Bryson by certified mail (return receipt requested).  cc: W. Bryson, C. Randell (AUSA) |
| 46 - 1 | 03/18/04 | DEF 1 CJA appointment of Lance Wells on behalf of DEF 1 for purposes of appeal. |
| NOTE - 6 | 03/19/04 | Notation (re: Appeal): Forwarded cy of CJA appointment of Lance Wells re: DEF 1 to 9CCA. |
| 47 - 1 | 03/24/04 | [Re: DEF 1] Copy of Order from 9CCA. (42-1)   Appellant's opening brief in consolidated appeals was due 1/23/04.  ON 2/17/04 court ordered appellant's retained cnsl, W. Bryson, to file opening brief w/in 14 days and file a mot for relief from default.  To date, cnsl has not complied w/court's order.  W.in 14 days after filing date of this order, W. Bryson shall show cause in writing why this court should not impose on counsel Bryson monetary sanctions not less than $500 for failing to comply w/this court's rules & orders.  Failure to file a timely response or provide an adequate explanation may result in the imposition of sanctions w/o further notice.  Appellant's pro se mot for leave to proceed I/P & for appointment of cnsl on appeal GRANTED   Clerk shall amend the dkt to reflect that appellant is proceeding on appeal I/P.  Counsel will be appointed by separate order for these consolidated appeals.  Clerk shall serve a cy of this order on R. Curtner, FPD who will locate appointed cnsl.  District court shall provide the Clerk of this court w/name & address of appointed cnsl by FAX (415-556-6228) w/in 14 days of locating counsel.  Cnsl shall designate reporter's transcript by 4/15/04.  The transcript is due 5/17/04.  Appellant's consolidated opening brief and excerpts of record are due 6/28/04; appellee's consolidated answering brief due 7/28/04; optional consolidated reply brief is due w/in 14 days after svc of answering brief.  The Clerk shall also serve a CJA Form 24 & certified cy of this order on Mr. Curtner who shall provide them to newly appointed cnsl.  IF appellant is seeking transcripts of proceedings requiring special authorization , that authorization should be obtained the the district court.  Upon filing the transcripts, the court reporter shall submit the CJA Form 24 to this court for payment.  The Clerk shall serve this order on former retained cnsl W.Bryson by certified mail, (return receipt requested).cc:  L. Wells, C. Randell, R. Curtner, W. Bryson, A03-0035 CR (JMF) (cert cy) |
| 48 - 1 | 04/08/04 | DEF 1 Transcript Designation Form w/original Transcript Order Form and CJA 24 re: notice of appeal (42-1). cc:ecr w/original transcript order form,  CJA 24 and cy of 9CCA order at dkt #47 |
| 49 - 1 | 05/26/04 | [Re: DEF 1] Copy of Order from 9CCA. (42-1) On 3/15/04 court ordered appellant's former cnsl, W. Bryson, to show cause why monetary sanctions of not less that $500.00 should not be imposed for failure to comply with this court's 2/17/04 order.  Cnsl failed to file a response.  A monetary sanction in the amt of $500 is imposed on atty W. Bryson for |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A03-0034--CR (JMF)
                                    "USA V AARON K. SHARPE"

                                        For all filing dates

Document #   Filed      Docket text
_____   _____      _____
                        failure to comply with this court's rules and orders.  The sanction is
                        imposed as a judgment and shall be paid to the Clerk of this Court w/in
                        21 days of filing date of this order.  Failure to comply with this order
                        may result in the imposition of additional sanctions on cnsl as well as
                        referral of this judgment to the USA for collection.  The Clerk shall
                        serve by certified mail (return receipt requested) a copy of this order
                        on former counsel.  cc:cnsl, W. Bryson

  50 -   1   06/03/04   [Re: DEF 1] Transcript of FPTC & TBJ - Day held 6/9/03 re: notice of
                        appeal (42-1)

  51 -   1   06/03/04   [Re: DEF 1] Transcript TBJ _ Day 2 held 6/10/03 re: notice of appeal
                        (42-1).

  52 -   1   06/03/04   [Re: DEF 1] Transcript of TBJ - Day 3 held 6/11/03 re: notice of appeal
                        (42-1).

  53 -   1   06/03/04   [Re: DEF 1] Transcript of TBJ - Day 4 held 6/12/03 re: notice of appeal
                        (42-1).

  54 -   1   06/03/04   [Re: DEF 1] Certified copy of Partial Transcript of IOS held 10/9/03 re:
                        notice of appeal (42-1).

  55 -   1   06/03/04   [Re: DEF 1] cy 9CCA Certificate of Record. (42-1) cc: L. Wells, C.
                        Randell, 9CCA (Original)

  56 -   1   06/01/05   [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (42-1) that
                        the district court's decision is AFFIRMED w/att memo. cc: USA, L. Wells,
                        Judge Fitzgerald
```