RECEIVED

MAR 0 3 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

AARON K. SHARPE
BOP Reg. No. 14584-006
Unit - Delta B
Federal Correctional Institution
P.O. Box 34550
Memphis, Tennessee 38184-0550

Movant Pro Se Sui Juris

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

**UNITED STATES OF AMERICA,**

       Respondent,

vs.                         Case No. A03-0034 CR (JMF)

**AARON K. SHARPE,**           **MOTION FOR APPOINTMENT**
                           **OF COUNSEL**

       Movant.

      **COMES NOW** the Movant, **AARON K. SHARPE,** pro se, and moves
this honorable Court for the appointment of counsel. Movant
makes this request for the reason that he is financially
unable to retain an attorney and requires the assistance
of counsel.

      This motion is supported by the Financial Affidavit
in Support of Request for Attorney attached hereto.

      Dated this  22  day of  February , 2006.

                     Respectfully submitted,

                     AARON K. SHARPE
                     Movant Pro Se Sui Juris