# FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

United States  v.s.  Aaron K. Sharpe

FOR: District of Alaska
AT: Anchorage

LOCATION NUMBER

RECEIVED MAR 2 2006 CLERK U.S. DISTRICT COURT ANCHORAGE ALASKA

PERSON REPRESENTED (Show your full name)

AARON K. SHARPE

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☒ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: A03-0034CR JMF
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
- Name and address of employer: N/A
- IF YES, how much do you earn per month? $ N/A
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
- RECEIVED: $
- SOURCES:

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND $ DESCRIBE IT
- VALUE:
- DESCRIPTION:

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: X SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) Feb. 22, 2006

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]