Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff/Respondent,<br><br>vs.<br><br>AARON K. SHARPE,<br><br>        Defendant/Petitioner. | Case No. 3:03-cr-0034-JMF-JDR<br><br>**UNOPPOSED MOTION TO ACCEPT<br>LATE-FILED MOTION** |

        Petitioner, Aaron K. Sharpe, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court to accept his late-filed motion to extend the time for filing an amended habeas petition pursuant to the authority of 28 U.S.C. § 2255. The motion is late because, although the case was opened on March 15, 2006, the date set by the court for the submission of an amended petition – April 10, 2006 – was never entered into our office's calendaring system. Perhaps this omission may have been discovered earlier if our office had not been engaged on packing and then unpacking during the end of March and the beginning of this month. As it were, this oversight was realized only after being contacted by a court clerk. The undersigned counsel apologizes to Mr. Sharpe, opposing counsel, and the court for this delay in filing.

Crandon Randell, counsel for the respondent, has been contacted about this motion and does not object.

DATED this 13th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on April 13, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Crandon Randell, Esq.

/s/ Mary C. Geddes