UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff/Respondent,<br><br>vs.<br><br>AARON K. SHARPE,<br><br>        Defendant/Petitioner. | Case No. 3:03-cr-0034-JMF-JDR<br><br>**PROPOSED<br>ORDER** |

After due consideration of petitioner's Unopposed Motion to Accept Late Filed Motion, the court GRANTS/DENIES the motion. Petitioner shall file a motion to extend the time for filing an amended habeas petition immediately upon receipt of this order.

DATED _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge