UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                Plaintiff/Respondent,

   vs.

AARON K. SHARPE,

                Defendant/Petitioner.

Case No. 3:03-cr-0034-JMF-JDR

**ORDER**
**(Docket No. 64)**

After due consideration of petitioner's Unopposed Motion to Accept Late Filed Motion, the court GRANTS the motion. Petitioner shall file his amended habeas petition by close of business on before April 17, 2006.

DATED this 13th day of April, 2006, at Anchorage, Alaska.

 /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge