Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff/Respondent, | Case No. 3:03-cr-0034-JMF-JDR |
| vs. | |
| AARON K. SHARPE, | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION** |
| Defendant/Petitioner. | |

  Defendant, Aaron K. Sharpe, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for an extension of time to amend his petition for habeas corpus relief pursuant to the authority of 28 U.S.C. § 2255.  Mr. Sharpe previously was represented by Lance Wells.  Mr. Wells' attorney files were finally obtained today by this office.  The file consists of approximately one banker box.  The undersigned seeks an adequate opportunity to review the file and consult with Mr. Sharpe prior to filing any amendment of his petition.  She therefore proposes a month's extension of time until May 10, 2006.  No prior extensions have been sought.

  The undersigned has contacted Crandon Randell, attorney for the respondent, to learn his position on this request; Mr. Randell does not oppose this extension.

DATED this 13th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on April 13, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Crandon Randell, Esq.

/s/ Mary C. Geddes