Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff/Respondent,<br><br>vs.<br><br>AARON K. SHARPE,<br><br>        Defendant/Petitioner. | Case No. 3:03-cr-0034-JMF-JDR<br><br>**AFFIDAVIT OF COUNSEL** |

STATE OF ALASKA            )
                                     ) ss.
THIRD JUDICIAL DISTRICT   )

        Mary C. Geddes, being first duly sworn upon oath, deposes and states:

        1.       I am the attorney assigned to represent petitioner in the above-captioned case.

///

///

///

2. All the representations contained in the attached motion are true and correct to the best of my knowledge.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Mary C. Geddes

SUBSCRIBED AND SWORN to before me this 13th day of April, 2006.

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

2