UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff/Respondent,<br><br>vs.<br><br>AARON K. SHARPE,<br><br>      Defendant/Petitioner. | Case No. 3:03-cr-00034-JMF-JDR<br><br>**ORDER GRANTING TIME TO FILE AMENDED PETITION**<br>(Docket No. 66) |

After due consideration of petitioner's Unopposed Motion to Extend Time to File Amended Petition, the court GRANTS the motion. Petitioner's amended petition shall be due on or before May 10, 2006. Any response to the amended petition shall be due on or before June 12, 2006.

DATED April 14, 2006, in Anchorage, Alaska.

          /s/ John D. Roberts
          JOHN D. ROBERTS
          United States Magistrate Judge