DEBORAH M. SMITH
Acting United States Attorney

CRANDON RANDELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
E-mail: crandon.randell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON K. SHARPE,<br><br>Defendant. | No. 3:03-cr-0034-JMF-JDR<br><br>**UNOPPOSED MOTION ON SHORTENED TIME FOR EXTENSION OF TIME TO FILE REPLY** |

COMES NOW  Plaintiff United States of America, by and through counsel, and hereby requests that the Court grant the government an unopposed extension of time in which to file its reply to defendant's petition under 28 U.S.C. § 2255. The government's reply is currently due June 12, 2006. Government counsel was out of the area until May 30, 2006, and unable to address this petition.

1

Counsel since then has been assigned the case of Byron Williams, et al., Case No. 3:05-cr-76-04-RRB-JDR, for trial commencing June 26, 2006. This case is somewhat complicated, and will take time to prepare. It is unknown how long it will take to try. Therefore, the government requests until Monday July 31, 2006, in which to file its reply to defendant's petition. No prior extensions have been sought by the government.

    The undersigned has contacted Rich Curtner, the Federal Defender, who has expressed no opposition to this request.

    RESPECTFULLY SUBMITTED this 5th day of June, 2006, at Anchorage, Alaska.

    DEBORAH M. SMITH
    Acting United States Attorney

    s/Crandon Randell
    Assistant U.S. Attorney
    222 West Seventh Avenue, #9
    Anchorage, Alaska  99513-7567
    (907) 271-5071
    E-mail: crandon.randell@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2006
a copy of the foregoing was served
electronically on Marry Geddes
s/ Crandon Randell