DEBORAH M. SMITH
Acting United States Attorney

CRANDON RANDELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
E-mail: crandon.randell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:03-cr-0034-JMF-JDR |
| ) | |
| Plaintiff, ) | |
| ) | **PROPOSED ORDER FOR** |
| vs. ) | **MOTION FOR EXTENDED** |
| ) | **TIME FILE REPLY** |
| AARON K. SHARPE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

After due consideration of petitioner's Unopposed Motion to Extend Time to File Reply , the court GRANTS/DENIES the motion.  Petitioners' reply to the amended petition shall be due on or before July 31, 2006.

DATED this _____ of June, 2006, at Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Court Judge

1