DEBORAH M. SMITH
Acting United States Attorney

CRANDON RANDELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
(907) 271-5071
E-mail: crandon.randell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:03-cr-00034-JMF-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AFFIDAVIT OF** |
| | ) | **COUNSEL** |
| AARON K. SHARPE, | ) | |
| | ) | |
| Defendant.. | ) | |
| | ) | |

STATE OF ALASKA       )
                     ) ss.
THIRD JUDICIAL DISTRICT )

I, CRANDON RANDELL, being first duly sworn upon oath, depose and say:

1.   That I am counsel of record for the plaintiff, United States of America;

2.  All the representations contained in the attached motion are true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: 6/5/06

_____
CRANDON RANDELL

SUBSCRIBED AND SWORN TO before me this 5th day of June, 2006, Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires: 10/26/2007