UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Respondent,<br><br>vs.<br><br>AARON K. SHARPE,<br><br>    Defendant/Petitioner. | Case No. 3:03-cr-0034-JWS-JDR<br><br>**ORDER EXTENDING TIME** |

After due consideration of petitioner's motion on shortened time, the court GRANTS the motion.

After due consideration of petitioner's unopposed motion for extension of time, the court GRANTS the motion. Petitioner's reply to the government's objections to the motion filed pursuant to 28 U.S.C. § 2255, shall be due on August 28, 2006.

DATED:   August 14, 2006, in Anchorage, Alaska.


                              /s/ John D. Roberts
                              John D. Roberts
                              United States Magistrate Judge