Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff/Respondent,<br><br>vs.<br><br>AARON K. SHARPE,<br><br>　　　　　Defendant/Petitioner. | Case No. 3:03-cr-0034-JWS-JDR<br><br>**SECOND UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO RESPONDENT'S OBJECTIONS**<br>*Filed on Shortened Time* |

　　　　　Petitioner, Aaron K. Sharpe, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for a second two-week extension of time in which to reply to the United States' Objections to Motion Pursuant to 28 U.S.C. § 2255, dated July 31, 2006.  The response is otherwise due today.  This extension is necessary because Mr. Sharpe has prepared some research and comments for the undersigned, and the undersigned has not yet received them by mail.  Review of these comments and further consultation with Mr. Sharpe should be accommodated with an additional two-week extension.

　　　　　The undersigned has spoken with respondent's counsel, Crandon Randell, and he has no objection to this extension.

DATED this 28th day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on August 28, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Crandon Randell, Esq.

/s/ Mary C. Geddes