Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff/Respondent,<br><br>　vs.<br><br>AARON K. SHARPE,<br><br>　　　　　Defendant/Petitioner. | Case No. 3:03-cr-0034-JWS-JDR<br><br>**MR. SHARPE'S MOTION FOR<br>CO-COUNSEL STATUS** |

　　　　Aaron Sharpe submitted an initial petition for a writ of habeas corpus (pursuant to 28 U.S.C. § 2255) on January 9, 2006.  Mr. Sharpe cited five grounds for relief.  Mr. Sharpe, through counsel, later amended that petition (on February 4, 2006).  The amendment referred only to Ground Number Three.  The Government thereafter filed objections to all of Mr. Sharpe's five claims.

　　　　Mr. Sharpe has provided for filing his own reply to the United States' objections. The undersigned urges this court to approve co-counsel status, in order to allow the consideration of Mr. Sharpe's responsive pleading.

///

///

DATED this 11th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on September 11, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Crandon Randell, Esq.

/s/ Mary C. Geddes