UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff/Respondent, | Case No. 3:03-cr-0034-JWS-JDR |
| vs. | **PROPOSED ORDER GRANTING CO-COUNSEL STATUS** |
| AARON K. SHARPE, | |
| Defendant/Petitioner. | |

After due consideration of petitioner's Motion for Co-counsel Status, the court GRANTS the motion. Petitioner, Aaron K. Sharpe, is granted co-counsel status in this matter for the purpose of filing his own reply to the United States' objections for consideration by this court.

DATED _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge