Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>AARON K. SHARPE,<br><br>Defendant/Petitioner. | Case No. 3:03-cr-0034-JWS-JDR<br><br>**MOTION FOR IN-CUSTODY TRANSPORTATION FOR DEFENDANT FROM FCI MEMPHIS TO ANCHORAGE, ALASKA** |

Petitioner, Aaron K. Sharpe, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for an order directing the United States Marshals Services to provide in-custody transportation for defendant/petitioner, Aaron K. Sharpe, Reg. No. 14584-006, from FCI Memphis to Anchorage, Alaska, to appear as ordered by the court at Docket No. 81 at an evidentiary hearing scheduled for November 28, 2006, at 9:30 a.m.

DATED this 23rd day of October, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on October 23, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

Crandon Randell, Esq.

/s/ Mary C. Geddes