UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff/Respondent,<br><br>vs.<br><br>AARON K. SHARPE,<br><br>        Defendant/Petitioner. | Case No. 3:03-cr-0034-JWS-JDR<br><br>**PROPOSED<br>ORDER FOR TRANSPORTATION** |

        After due consideration of petitioner's Motion for In-custody Transportation for defendant from FCI Memphis to Anchorage, Alaska, the court GRANTS the motion.

        The United States Marshals Service is directed to provide in-custody transportation for defendant/petitioner Aaron K. Sharpe, Reg. No. 14584-006, from FCI Memphis to Anchorage, Alaska, for an evidentiary hearing scheduled for November 28, 2006, at 9:30 a.m.

        DATED _____, 2006, in Anchorage, Alaska.

                                                                  _____
                                                                   John D. Roberts
                                                  United States Magistrate Judge