UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff/Respondent,<br><br>vs.<br><br>AARON K. SHARPE,<br><br>        Defendant/Petitioner. | Case No. 3:03-cr-00034-JWS-JDR<br><br>**ORDER FOR TRANSPORTATION**<br>(Docket No. 82) |

        After due consideration of petitioner's Motion for In-custody Transportation for defendant from FCI Memphis to Anchorage, Alaska, the court GRANTS the motion.

        The United States Marshals Service is directed to provide in-custody transportation for defendant/petitioner Aaron K. Sharpe, Reg. No. 14584-006, from FCI Memphis to Anchorage, Alaska, for an evidentiary hearing scheduled for November 28, 2006, at 9:30 a.m.

        DATED October 25, 2006, in Anchorage, Alaska.

        /s/ JOHN D. ROBERTS
        John D. Roberts
        United States Magistrate Judge

3-03-cr-00034-JWS-JDR   ORDER @82 FOR IN-CUSTODY TRANSPORTATION
Signed by Judge John D. Roberts
two copies delivered to USM   10/25/2006; Page 1 of 1