**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA    v.    AARON K. SHARPE

THE HONORABLE JOHN W. SEDWICK   CASE NO.   3:03-cr-00034-JWS-JDR

Deputy Clerk                Official Recorder

Linda Christensen

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

    At docket 78, Sharpe filed a second unopposed motion for extension of time. The motion seeking an extension of time has not been acted on by the magistrate judge, but the reply for which the extension was sought has been filed. To clear the tracking of the motion at docket 78, this court hereby withdraws the reference of the motion at docket 78. Having withdrawn the reference, the motion at docket 78 is **GRANTED**.

DATE:   October 31, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:   lc
Deputy Clerk

[FORMS*IA*]