Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/Respondent,<br><br>　　vs.<br><br>AARON K. SHARPE,<br><br>　　　　Defendant/Petitioner. | Case No. 3:03-cr-0034-JWS-JDR<br><br>**UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING**<br><br>**(FILED ON SHORTENED TIME)** |

　　　　Petitioner, Aaron K. Sharpe, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this Honorable Court to continue the evidentiary hearing which has been scheduled before Magistrate Judge Roberts for Tuesday, November 28, 2006.  Counsel conferred yesterday with Crandon Randell, Assistant United States Attorney, and he does not oppose a continuance.

　　　　Mr. Sharpe is in the process of being transported from FDC SeaTac to Anchorage.  It is anticipated that he will arrive today or tomorrow.  Habeas counsel for Mr. Sharpe has never met her client.  She anticipates that they will need to confer face-to-face at some length prior to the hearing in order to be fully prepared and to ensure that Mr. Sharpe's concerns have been fully

investigated. Mr. Randall has no disagreement with a continuance. Counsel proposes a continuance of approximately ten days from the currently scheduled date.

DATED this 21st day of November 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:
I certify that on November 21, 2006, a copy of the *Unopposed Motion to Continue Evidentiary Hearing (Filed on Shortened Time)* was served electronically on:

Crandon Randell, Esq.

/s/ Mary C. Geddes