UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/Respondent,<br><br>vs.<br><br>AARON K. SHARPE,<br><br>　　　　Defendant/Petitioner. | Case No. 3:03-cr-0034-JWS-JDR<br><br>**PROPOSED ORDER** |

　　　　After due consideration of petitioner's Unopposed Motion to Continue Evidentiary Hearing (Filed on Shortened Time), the court GRANTS/DENIES the motion.

　　　　IT IS HEREBY ORDERED that the evidentiary hearing, scheduled before Magistrate Judge Roberts for November 28, 2006, is continued to _____, 2006, at _____ \_\_\_\_.m.

　　　　DATED November _____, 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge