```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs  AARON K. SHARPE     CASE NO.  3:03-CR-00034-JWS
Defendant:  X Present     X In Custody

BEFORE THE HONORABLE          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        SUZANNETTE LUCERO/CAROLINE EDMISTON

UNITED STATES ATTORNEY:       CRANDON RANDELL

DEFENDANT'S ATTORNEY:         MARY GEDDES

PROCEEDINGS: EVIDENTIARY HEARING ON MOTION TO VACATE UNDER
             28:2255 (DKT 57) Held 12/11/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:32 a.m. court convened.

Court and counsel heard re DKT 59.

Court and counsel heard defendant's opening statement.

Gwendolyn Lyford sworn and testified on behalf of the defendant.
Defendant's exhibits A, B & D **ADMITTED**.  Defendant's exhibit C
**IDENTIFIED**.

Robert Herz sworn and testified on behalf of defendant.

Arthur Chojnacki sworn and testified on behalf of the defendant.
Defendant's exhibit E **IDENTIFIED**.  Defendant's exhibit F
**ADMITTED**.

At 12:07 p.m. court recessed until 12:19 p.m.

John Nessan Glor sworn and testified on behalf of the defendant.
Defendant's exhibit G & H **ADMITTED**.

Cristof Osesik sworn and testified on behalf of the defendant.

At 1:26 p.m. court recessed until 2:19 p.m.

Jason Kwasigroch sworn and testified on behalf of the defendant.
Defendant's exhibit I **IDENTIFIED**.

Bruce Johnson sworn and testified on behalf of the defendant.

Court and counsel heard re defendant's exhibit C **ADMITTED** and
defendant's exhibit I.

Continued Evidentiary Hearing on Motion to Vacate Under 28:2255
(DKT 57) set 12-12-06 at 9:30 a.m.

Defendant's detention continued.

At 3:46 p.m. court adjourned.


DATE:    December 11, 2006       DEPUTY CLERK'S INITIALS:    Ce