```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.   AARON K. SHARPE            CASE NO. 3:03-CR-00034-JWS
Defendant:  X Present   X In Custody

BEFORE THE HONORABLE:         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:      CRANDON RANDELL

DEFENDANT'S ATTORNEY:         MARY GEDDES

PROCEEDINGS: CONTINUED EVIDENTIARY HEARING ON MOTION TO VACATE
             UNDER 28:2255 HELD 12/12/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:31 a.m. court convened.

Defendant's Exhibit I **ADMITTED**.

Closing argument heard by defendant.

Court and counsel heard re defendant's renewed oral motion to accept Mr. Herz as an expert witness; **DENIED**.

Closing argument heard by plaintiff.

Defendant's briefing on the Motion to Vacate Under 28:2255 is due by **1/26/07**; Plaintiff's response due by **2/26/07**; Defendant's reply due by **3/13/07**.

Matter taken under advisement until briefing is concluded.

At 10:32 a.m. court adjourned.

List of Witnesses and List of Exhibits to be filed separately.

OFF RECORD NOTE: Court directed clerk to order Expedited transcripts of 12/11/06 and 12/12/06 proceedings.

DATE:   December 12, 2006      DEPUTY CLERK'S INITIALS:    SCL