(Rev 12/06)

# LIST OF EXHIBITS

Case No.  3:03-CR-00034-JWS     Magistrate Judge:  **JOHN D. ROBERTS**

Title      U.S.A.
vs.
           AARON K. SHARPE

Dates of Hearing:   December 11, 2006

Deputy Clerk/Recorder: S. Lucero /C. Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Crandon Randell | Mary Geddes |
| | |
| | |

------EXHIBITS------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | A | | 121106 | Search Warrant |
| | | | | B | | 121106 | Police Report |
| | | | | C | ✓ | 12/11 | Rental Application |
| | | | | D | | 121106 | Retainer Agreement |
| | | | | E | ✓ | | Photo |
| | | | | F | ✓ | 121106 | photo |
| | | | | G | ✓ | 121106 | Photo |
| | | | | H | ✓ | 121106 | testimony of Mr. Glor pages 229-231 |
| | | | | I | ✓ | 121206 | Photos |
| | | | | | | | |
| | | | | | | | |