```
                              *AMENDED
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. __AARON K. SHARPE__    CASE NO. __3:03-CR-00034-JWS__
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____SUZANNETTE LUCERO_____

UNITED STATES' ATTORNEY: _____CRANDON RANDELL_____

DEFENDANT'S ATTORNEY: _____MARY GEDDES_____

PROCEEDINGS: CONTINUED EVIDENTIARY HEARING ON MOTION TO VACATE
             UNDER 28:2255 HELD 12/12/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:31 a.m. court convened.

Defendant's Exhibit I **ADMITTED**.

Closing argument heard by defendant.

Court and counsel heard re defendant's renewed oral motion to accept Mr. Herz as an expert witness; **DENIED**.

Closing argument heard by plaintiff.

Defendant's briefing on the Motion to Vacate Under 28:2255 is due by **1/26/07**; Plaintiff's response due by **2/26/07**; Defendant's reply due by **3/13/07**.

*The matter will be deemed under advisement when the briefing is concluded.

At 10:32 a.m. court adjourned.

List of Witnesses and List of Exhibits to be filed separately.

OFF RECORD NOTE: Court directed clerk to order Expedited transcripts of 12/11/06 and 12/12/06 proceedings.


DATE: __December 12, 2006__    DEPUTY CLERK'S INITIALS: __SCL__