RECEIVED
DEC 15 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff/Respondent,<br><br>vs.<br><br>AARON K. SHARPE,<br><br>  Defendant/Petitioner. | Case No. 3:03-cr-00034-JWS-JDR<br><br>ORDER FOR TRANSPORTATION<br>(Docket No. 82) |

After due consideration of petitioner's Motion for In-custody Transportation for defendant from FCI Memphis to Anchorage, Alaska, the court GRANTS the motion.

The United States Marshals Service is directed to provide in-custody transportation for defendant/petitioner Aaron K. Sharpe, Reg. No. 14584-006, from FCI Memphis to Anchorage, Alaska, for an evidentiary hearing scheduled for November 28, 2006, at 9:30 a.m.

DATED October 25, 2006, in Anchorage, Alaska.

**REDACTED SIGNATURE**
John D. Roberts
United States Magistrate Judge

AARON SHARPE
FCI MEMPHIS    US DISTRICT COURT ANC
12/11 & 12/2006

Randy M Johnson