UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br>vs.<br><br>AARON SHARPE,<br><br>    Defendant. | 3:03-cr-0034-JWS-JDR<br><br>**AMENDED RECOMMENDATION<br>REGARDING SHARPE'S MOTION<br>PURSUANT TO 28 U.S.C. § 2255**<br><br>(Docket No. 57) |

    On March 12, 2007 at docket No. 101 the Magistrate Judge issued a recommendation regarding the merits of Mr. Sharpe's § 2255 motion. The next to the last sentence in the first paragraph at page 18 of the recommendation reads: "The court is always intrigued by this not uncommon practice, since § 2254 petitions are brought on federal constitutional grounds." The Magistrate Judge hereby amends the recommendation by changing that sentence to read:  The court is always intrigued by this not uncommon practice in both § 2255 motions and § 2254 petitions, since § 2255 motions are brought on federal grounds and § 2254 petitions are brought on federal constitutional grounds.

DATED this 13<u>th</u> day of March at Anchorage, Alaska.



        <u>s/s John D. Roberts</u>
        JOHN D. ROBERTS
        United States Magistrate Judge