Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff/Respondent,<br><br>vs.<br><br>AARON K. SHARPE,<br><br>        Defendant/Petitioner. | Case No. 3:03-cr-0034-JWS-JDR<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO EXTEND TIME FOR SUBMISSION OF OBJECTIONS TO REPORT AND RECOMMENDATION** |

       Petitioner, Aaron K. Sharpe, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for one day's additional time to submit objections to the Initial Report and Recommendation filed March 12, 2007 (Docket No. 101).  Objections are due by close of business on March 30, 2007.

       A one-day extension is necessary because (1) the initial report was issued on March 12, 2007; (2) counsel was out of the office on personal leave beginning March 15 through March 26, 2007; (3) counsel has been working on an appellee's brief due today in *United States v.*

*Turvin*, Case No. 3:06-cr-00043-JWS; and (4) counsel has been sick during this week, and is out of the office today.

    Assistant U.S. Attorney Crandon Randell does not object to this motion.

    DATED this 29th day of March 2007.

    Respectfully submitted,

    FEDERAL PUBLIC DEFENDER
    FOR THE DISTRICT OF ALASKA

    /s/ Mary C. Geddes
    Assistant Federal Defender
    Alaska Bar No. 8511157
    601 West 5th Avenue, Suite 800
    Anchorage, AK  99501
    Ph:  (907) 646-3400
    Fax:  (907) 646-3480
    mary_geddes@fd.org

<u>Certification</u>:
I certify that on March 29, 2007, a copy of the ***Unopposed Motion on Shortened Time to Extend Time for Submission of Objections to Report and Recommendation*** was served electronically on:

Crandon Randell, Esq.

/s/ Mary C. Geddes