Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff/Respondent,<br><br>vs.<br><br>AARON K. SHARPE,<br><br>   Defendant/Petitioner. | Case No. 3:03-cr-0034-JWS-JDR<br><br>**SECOND UNOPPOSED MOTION ON SHORTENED TIME TO EXTEND TIME FOR SUBMISSION OF OBJECTIONS TO REPORT AND RECOMMENDATION** |

  Petitioner, Aaron K. Sharpe, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court, for one day's additional time to submit objections to the Initial Report and Recommendation filed March 12, 2007 (Docket No. 101). Objections were due by close of business on April 2, 2007.

  An additional day is sought because counsel did not return to work until today due to a continued illness, and will be leaving early today.

The extension is necessary because (1) the initial report was issued on March 12, 2007; (2) counsel was out of the office on personal leave beginning March 15 through March 26, 2007; (3) counsel has been working on an appellee's brief due today in *United States v. Turvin*, Case No. 3:06-cr-00043-JWS; and (4) counsel was sick last week, and was out of the office both Thursday and all day Friday, March 30.

Assistant U.S. Attorney Crandon Randell does not object to this motion.

DATED 2nd day of April 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Ph: (907) 646-3400
Fax: (907) 646-3480
mary_geddes@fd.org

Certification:
I certify that on April 2, 2007,
a copy of the *Unopposed Motion on Shortened Time to Extend Time for Submission of Objections to Report and Recommendation* was served electronically on:

Crandon Randell, Esq.

/s/ Mary C. Geddes