UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff/Respondent,<br><br>vs.<br><br>AARON K. SHARPE,<br><br>        Defendant/Petitioner. | Case No. 3:03-cr-0034-JWS-JDR<br><br>**PROPOSED ORDER** |

       After due consideration of Petitioner's Second Unopposed Motion on Shortened Time to Extend Time for Submission of Objections to Report and Recommendation, the court GRANTS/DENIES the motion.

       IT IS HEREBY ORDERED that the deadline for petitioner to file objections to the the Initial Report and Recommendation filed March 12, 2007 (Docket No. 101), due March 30, 2007, is continued, and objections shall now be due by the close of business on April 3, 2007.

       DATED April _____, 2007, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
United States Magistrate Judge