MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *AARON K. SHARPE*

THE HONORABLE JOHN W. SEDWICK        CASE NO. 3:03-cr-00034 JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**        Date: May 7, 2007

At docket 57, defendant moved for relief pursuant to 28 U.S.C. § 2255. The magistrate judge conducted an evidentiary hearing, and the parties briefed the issues. Thereafter, Magistrate Judge Roberts issued a report at docket 101 (which was amended at docket 102) in which he recommended that the motion be denied. After obtaining two extensions of time, defendant filed objections at docket 107. The United States did not respond. In a final report at docket 108, the magistrate judge continues to recommend that the motion be denied.

This court reviews the recommendation from the magistrate judge according to the following standard: All recommended findings of fact as to which an objection is taken and all recommended conclusions of law are reviewed *de novo*, and all recommended findings of fact as to which there is no objection are reviewed for clear error. Having applied that standard, this court concludes that the magistrate judge's final recommended findings of fact and conclusions of law are correct in every material respect. For that reason, this court adopts them. Based thereon, the motion at docket 57 is **DENIED**.