# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,
          Plaintiff,

                                    Case Number 3:06-cv-00017-JWS
                                              (3:03-cr-00034-JWS)
v.

AARON K SHARPE,
          Defendant.            **JUDGMENT IN A CIVIL CASE**


\_  **JURY VERDICT**.  This action came before the court for a trial by
jury.  The issues have been tried and the jury has rendered its
verdict.


 X   **DECISION BY COURT**.  This action came to trial or hearing
before the court.  The issues have been tried or heard and a
decision has been rendered.

          IT IS ORDERED AND ADJUDGED:

          THAT defendant's application for post-conviction relief [28
U.S.C. 2255] is dismissed.


APPROVED:


_____
/s/ JOHN W. SEDWICK
United States District Judge

Date: May 22, 2007                    _____
                                              Ida Romack
                                           Clerk of Court


                                      __Robin M. Carter_____
                                      (By) Deputy Clerk


[306cv17JWS-judgment.wpd]