UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff/Respondent,<br><br>vs.<br><br>AARON K. SHARPE,<br><br>        Defendant/Petitioner. | Case No. 3:03-cr-0034-JWS-JDR<br><br>**PROPOSED<br>ORDER GRANTING<br>CERTIFICATE OF APPEALABILITY** |

After due consideration of petitioner's Motion for a Certificate of Appealability, the court GRANTS the motion.

A certificate of appealability is hereby granted on all grounds raised in the petition for writ of habeas corpus filed in this action.

DATED _____, 2007, in Anchorage, Alaska.

_____
John W. Singleton
United States District Court Judge