UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
AUG 30 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>AARON K. SHARPE,<br><br>    Defendant - Appellant. | No. 07-35656<br><br>D.C. Nos. CV-06-00017-a-JWS<br>            CR-03-00034-A-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
SEP 04 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Appellant's motion to reset the briefing schedule is granted.

On or before September 7, 2007, appellant shall serve the proposed designation. On or before September 14, 2007, appellee shall serve its cross-designation, if any. On or before September 21, 2007, appellant shall designate and order the transcripts.

The transcripts are due October 22, 2007.

The opening brief is due November 21, 2007; the answering brief is due December 21, 2007; and the optional reply brief is due 14 days after service of the answering brief.

Appellant shall provide a copy of this order to the reporter along with the designation.

                For the Court:

                CATHY A. CATTERSON
                Clerk of the Court

                Lorela Bragado-Sevillena
                Deputy Clerk
                  Ninth Circuit Rule 27-7/Advisory Note
                  to Rule 27 and Ninth Circuit Rule 27-10

pro 8.27