UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely



RECEIVED
SEP 21 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**CASE INFORMATION:**
Short Case Title: USA v SHARPE
Court of Appeals No. (leave blank if unassigned): 7-35652
U.S. District Court Judge Name and Case No.: John W. Sedwick - 3:03-cr-00034-JWS
Date Complaint/Indictment/Petition Filed: 1/17/06
Date Appealed Order/Judgment *entered*: 5/23/07
Date NOA *filed*: 6/7/07
COA Status (check one):
_X_ granted in full (attach order)     __ denied in full (send record)
___ granted in part (send record)       __ pending

Court Reporter(s) Name and Phone Number: _ Suzannette Lucero - 907-677-6111

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: _N/A_          Date Docket Fee billed: __
Date FP granted: _                   Date FP denied: __
Is FP pending? _No_ yes/no           Was FP Limited/Revoked?
US Government Appeal?  _No_ yes/no
Companion Cases? Please list: _3:06-cv-00017-JMF_
   Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
| **Appellate Counsel:** | **Appellee Counsel:** |
|---|---|
| Mary Geddes | Crandon Randell, AUSA |
| Federal Public Defender Office | U.S. Attorney's Office |
| 602 W. 5th Ave., Suite 800 | 222 W. 7th Ave., #9 |
| Anchorage, AK  99501 | Anchorage, AK  99513 |
| FAX: 907-646-3408 | FAX: 907-271-1500 |

__retained   __CJA   __FPD   _X_FPD   __Other     Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __         Address: __
Custody: _Yes_             __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form:  _Linda Christensen - 907-677-6104_