UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 0 5 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>v.<br><br>AARON K. SHARPE,<br><br>  Defendant - Appellant. | No. 07-35656<br><br>D.C. Nos. CV-06-00017-a-JWS<br>          CR-03-00034-A-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED

NOV 0 8 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Before: Peter L. Shaw, Appellate Commissioner

Appellant's unopposed motion for an extension of time to file the opening brief is granted. The opening brief is due January 22, 2008; the answering brief is due February 21, 2008; and the optional reply brief is due 14 days after service of the answering brief.

Court records do not currently reflect that the district court has issued the certificate of record. Appellant shall monitor the issuance of the certificate.

SIGNATURE REDACTED

General Order 6.3(e)

promo commissioner 10.29.07\lbs