UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 20 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 07-35656 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CV-06-00017-a-JWS |
| v. | CR-03-00034-A-JWS |
| AARON K. SHARPE, | District of Alaska, Anchorage |
| Defendant - Appellant. | ORDER |

**RECEIVED**
FEB 25 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The government's unopposed motion for an extension of time to file the answering brief is granted. The answering brief is due March 21, 2008.

The optional reply brief is due 14 days after service of the answering brief.

Court records do not currently reflect that the district court has issued the certificate of record. Appellant shall monitor the issuance of the certificate.

For the Court:

MOLLY C. DWYER
Acting Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note
to Rule 27 and Ninth Circuit Rule 27-10

pro 2.11.08