**FILED**

UNITED STATES COURT OF APPEALS

APR 03 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>AARON K. SHARPE,<br><br>　　　　Defendant - Appellant. | No. 07-35656<br><br>D.C. Nos. CV-06-00017-a-JWS<br>　　　　　　CR-03-00034-A-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

**RECEIVED**

APR 0 7 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The government's motion to accept the answering brief out of time is granted. The answering brief received on March 31, 2008 is ordered filed.

The optional reply brief is due 14 days after service of the answering brief.

Court records do not currently reflect that the district court has issued the certificate of record. Appellant shall monitor the issuance of the certificate.

　　　　　　　　For the Court:

　　　　　　　　MOLLY C. DWYER
　　　　　　　　Clerk of the Court


　　　　　　　　Lorela Bragado-Sevillena
　　　　　　　　Deputy Clerk
　　　　　　　　　　Ninth Circuit Rule 27-7/Advisory Note
　　　　　　　　　　to Rule 27 and Ninth Circuit Rule 27-10

LBS/Pro Mo